| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Thiago Coelho, SBN 324715 <br> Bobby Saadian, SBN 250377 <br> WILSHIRE LAW FIRM <br> 3055 Wilshire Blvd., 12th Floor <br> Los Angeles, California 90010 <br> Telephone: (213) 381-9988 <br> Facsimile: (213) 381-9989 | |
| ATTORNEY(S) FOR: BRETT DESALVO | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| BRETT DESALVO, individually and on behalf of all others similarly situated, <br><br>               Plaintiff(s), <br> v. <br> L'OCCITANE, INC., a New York corporation; and DOES 1 to 10, inclusive, <br><br>               Defendant(s) | CASE NUMBER: <br><br><br><br> **CERTIFICATION AND NOTICE** <br> **OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____BRETT DESALVO_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BRETT DESALVO | Plaintiff |
| L'OCCITANE, INC., a New York corporation | Defendant |

| 01/07/2020 | /s/ Thiago Coelho |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Brett Desalvo